RADIO SHOPPE v. BERNARD

(July 14, 1927. Opinion and Decree.)

(*Syllabus by the Court*)

1. **Louisiana Digest—Sales—Par. 151, 152, 218.**
When the plaintiff sells to the defendant a radio on the condition that it will receive out-of-town stations, and the radio delivered fails to meet that condition, the plaintiff cannot recover judgment for the price of the radio.

Appeal from First City Court, Division "A". Hon. W. A. Bahns, Judge.

Action by Radio Shoppe against Michel Bernard.

There was judgment for defendant and plaintiff appealed.

Judgment affirmed.

Walmsley, Beard & O'Keefe, of New Orleans, attorneys for plaintiff, appellant.

B. Cunniffe, Wm. J. O'Hara, of New Orleans, attorneys for defendant, appellee.

WESTERFIELD, J. This is a suit for the unpaid purchase price of a radio, known as "Radiola No. 20". Defendant reconvenes, claiming $41.00, the cash payment. There was judgment for defendant on the original demand and on the reconventional demand as well.

This case can not be distinguished in principle from Diamond Music Co. vs. Arthur Lamazou, No. 10920 (not yet reported). In that case, as in this, the radio failed to get out-of-town stations. We denied recovery there, as must be done here, because plaintiff failed to meet the conditions of his agreement, and the moving consideration for the purchase of the radio.

The judgment appealed from must be affirmed.